## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT PIERCE DIVISION

### CASE NO. 24-14282-CIV-CANNON/Maynard

**NEIL GAIKOWSKI,**
*individually and on behalf of all*
*others similarly situated*,

      Plaintiff,

v.

**HATCHITT TAX CLUB, INC.,**

      Defendant.

_____/

### ORDER CLOSING CASE AND DISMISSING WITH PREJUDICE

    **THIS CAUSE** comes before the Court upon the Joint Stipulation of Dismissal with Prejudice, filed on May 9, 2025 [ECF No. 32]. Pursuant to Rule 41(a)(1)(A)(ii), the Stipulation of Dismissal, signed by all parties who have appeared, is self-executing and dismisses the case "effective immediately upon filing." *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1277 (11th Cir. 2012). As such, this case is **DISMISSED WITH PREJUDICE** as to the claims of the named Plaintiff, effective May 9, 2025, the date on which the parties filed their Stipulation of Dismissal [ECF No. 32].[1] The Clerk of Court is directed to **CLOSE** this case.

    **ORDERED** in Chambers at Fort Pierce, Florida, this 12th day of May 2025.

                                          **AILEEN M. CANNON**
                                          **UNITED STATES DISTRICT JUDGE**

cc:      counsel of record

---

[1] The Stipulation of Dismissal dismisses Plaintiff's individual claims **with** prejudice, and the potential putative class members' claims **without** prejudice [ECF No. 32].